In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

NO. 09-13-00572-CV
_____

**JAMES BERTRAND BROUSSARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. X-1407**

## MEMORANDUM OPINION

Appellant James Bertrand Broussard appeals the trial court's order denying his *pro se* request for expunction. Broussard failed to file a brief, and we informed Broussard that the appeal would be submitted to the Court on the record alone. *See* Tex. R. App. P. 38.8(a)(2), 39.8. In addition, Broussard failed to remit the filing fee for the appeal, and we notified the parties that the appeal would be dismissed unless Broussard remitted the filing fee for the appeal. Broussard did not respond to this Court's notices.

1

Broussard is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for Broussard's failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on March 31, 2014
Opinion Delivered April 10, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.

2